UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA LOANS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL S. STANFORD, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 08-CV-1826-JM (JMA)<br><br>**ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>Courtroom: 16<br>The Hon. Jeffrey Miller<br><br>Action Filed: October 7, 2008<br>Trial Date: None set |

ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY - 1

**ORDER APPROVING SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of defendant Daniel S. Stanford to substitute Daniel S. Stanford, pro se,

        21418 S.E. 5th Place

        Sammamish, WA  98704

        (425) 591-5200

        dsstanford@comcast.net

as attorney of record in place and stead of Daniel C. Lapidus and Lapidus & Lapidus, PLC, is hereby GRANTED.

DATED: July 14, 2009

                              Hon. Jeffrey Miller
                              United States District Judge