UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA LOANS, INC., a California corporation,<br><br>                Plaintiff,<br>v.<br><br>DANIEL S. STANFORD, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 08cv1826 JM(JMA)<br><br>ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY [Docket No. 28] |

    Defendant Daniel S. Stanford's request to substitute attorney Robert R. Massey to represent him in this matter in place and stead of Daniel S. Stanford, pro per is hereby GRANTED.

    IT IS SO ORDERED.

DATED: August 13, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

1

08cv1826