# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA LOANS, INC., <br><br> Plaintiff, <br> vs. <br> DANIEL S. STANFORD, <br><br> Defendant. | CASE NO. 08cv1826 JM(JMA) <br><br> ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

Plaintiff La Jolla Loans, Inc. moves for leave to file a First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a). Defendant has not filed an opposition nor a statement of non-opposition as required by Local Rule 7.1(e)(2). The court notes that the motion to amend is timely filed as it complies with the scheduling order entered by Magistrate Judge Adler on June 24, 2009.

As leave to amend is to be freely given, Fed.R.Civ.P. 15(a), the court grants Plaintiff's motion for leave to file the FAC. Plaintiff shall separately file the FAC within 10 days of entry of this order.

**IT IS SO ORDERED.**

DATED: September 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties