UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA LOANS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL S. STANFORD, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 08CV1826-JM (JMA) <br><br> **ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (DOC. NO. 37)** |

With good cause appearing, Plaintiff's unopposed motion to continue the Case Management Conference scheduled on November 9, 2009, at 9:30 a.m. is GRANTED. The Case Management Conference is rescheduled for January 5, 2010, at 9:30 a.m. The parties shall submit a joint proposed amended schedule to the Court by email (efile_adler@casd.uscourts.gov) by December 29, 2009.

DATED: November 6, 2009

Jan M. Adler
U.S. Magistrate Judge